UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOO JEON CORPORATION,

                    Plaintiff,

  -against-

COVERINGTON HOLDINGS, LLC,
WEBSTER BANK and DOES 1 THROUGH 10,

                    Defendants.

**STIPULATION EXTENDING TIME TO ANSWER**

Index No. 08-cv-3850

---

        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, Webster Bank, National Association (improperly named as Webster Bank) in this action that an extension of time to answer, move or otherwise act, through and including **May 15, 2008**, has been granted by the Plaintiff to such Defendant.

DATED:    Buffalo, New York
                May 1, 2008

| GOLDBERG SEGALLA LLP | LAZARUS & LAZARUS, P.C. |
|---|---|
| /s/ Jeffrey A. Carlino | /s/ Gilbert A. Lazarus |
| Jeffrey A. Carlino, Esq. | Gilbert A. Lazarus, Esq. |
| *Attorneys for Defendant Webster Bank, NA* | *Attorneys for Plaintiff* |
| 665 Main Street, Suite 400 | 240 Madison Avenue, 8th Floor |
| Buffalo, New York 14203-1425 | New York, New York 10016 |
| (716) 566-5400 | (212) 889-7400 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WOO JEON CORPORATION, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| -against- | Index No. 08-cv-3850 |
| COVERINGTON HOLDINGS, LLC, WEBSTER BANK and DOES 1 THROUGH 10, | |
| Defendants. | |

---

I hereby certify that on May 2, 2008, I electronically filed the foregoing *Stipulation Extending Time to Answer* with the Clerk of the United States District Court for the Southern District of New York using its CM/ECF system, which would then electronically notify the following to participants in this case:

>Gilbert A. Lazarus, Esq.
>*Attorneys for Plaintiff*
>240 Madison Avenue, 8th Floor
>New York, New York 10016
>Telephone: (212) 889-7400

Dated: Buffalo, New York
      May 2, 2008

                                                          /s/ Jeffrey A. Carlino