SPIZZO, J

5/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOO JEON CORPORATION,

                      Plaintiff,

-against-

COVERINGTON HOLDINGS, LLC,
WEBSTER BANK and DOES 1 THROUGH 10,

                      Defendants.

STIPULATION
EXTENDING TIME
TO ANSWER

Index No. 08-cv-3850 (JES)

---

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, Webster Bank, National Association (improperly named as Webster Bank) in this action that an extension of time to answer, move or otherwise act, through and including **May 23, 2008**, has been granted by the Plaintiff to such Defendant.

DATED:    Buffalo, New York
               May 14, 2008

GOLDBERG SEGALLA LLP

_____
Jeffrey A. Carlino, Esq.
Attorneys for Defendant Webster Bank, NA
665 Main Street, Suite 400
Buffalo, New York 14203-1425
(716) 566-5400

391403.1

LAZARUS & LAZARUS, P.C.

_____
Gilbert A. Lazarus, Esq.
Attorneys for Plaintiff
240 Madison Avenue, 8th Floor
New York, New York 10016
(212) 889-7400

SO ORDERED:

_____