UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| WOO JEON CORPORATION, | **FRCP RULE 7.1** |
| | **DISCLOSURE STATEMENT** |
| Plaintiff, | |
| vs. | Civil No.: 08-CV-3850 |
| COVINGTON HOLDINGS, LLC, | |
| WEBSTER BANK and DOES 1 THROUGH 10, | |
| Defendants. | |

_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the Defendant, WEBSTER BANK, NA, improperly referred to as WEBSTER BANK, certifies as follows:

Webster Bank, NA, is a wholly owned subsidiary of Webster Financial Corporation, a publicly traded holding company organized in Delaware, and no other publicly held corporation owns 10% or more of its stock.

Dated: May 23, 2008

                                         GOLDBERG SEGALLA LLP

                                         /s/ Jeffrey A. Carlino
                               Jeffrey A. Carlino (Bar Roll No.: 514019)
                               Attorney for Defendant Webster Bank, NA
                               665 Main Street, Suite 400
                               Buffalo, New York 14203
                               Telephone: (716) 566-5400
                               jcarlino@goldbergsegalla.com

TO: Gilbert A. Lazarus, Esq.
Lazarus & Lazarus, P.C.
Attorneys for Plaintiff
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

WOO JEON CORPORATION,

                Plaintiff,

vs.                                      Civil No.: 08-CV-3850

COVINGTON HOLDINGS, LLC,
WEBSTER BANK and DOES 1 THROUGH 10,

                Defendants.
_____

## CERTIFICATE OF SERVICE

     I hereby certify that on **May 23, 2008**, I electronically filed the foregoing *FRCP Rule 7.1 Disclosure Statement* with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which sent notification of the filing to the following:

                      Gilbert A. Lazarus, Esq.
                      Lazarus & Lazarus, P.C.
                      Attorneys for Plaintiff
                      240 Madison Avenue, 8th Floor
                      New York, NY 10016
                      Telephone: (212) 889-7400


                      GOLDBERG SEGALLA LLP


                      _____/s/ Jeffrey A. Carlino_____
                      Jeffrey A. Carlino (Bar Roll No.: 514019)
                      Attorney for Defendants
                      665 Main Street, Suite 400
                      Buffalo, New York 14203
                      Telephone: (716) 566-5400
                      jcarlino@goldbergsegalla.com

391860