UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOO JEON CORPORATION,

                Plaintiff,

vs.                                        Civil No.: 08-CV-3850

COVINGTON HOLDINGS, LLC,
WEBSTER BANK and DOES 1 THROUGH 10,

                Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on **May 23, 2008**, I electronically filed the foregoing *FRCP Rule 7.1 Disclosure Statement and Answer* with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, and the served the foregoing on the following counsel of record for the Plaintiff:

    Gilbert A. Lazarus, Esq.
    Lazarus & Lazarus, P.C.
    Attorneys for Plaintiff
    240 Madison Avenue, 8th Floor
    New York, NY 10016
    Telephone: (212) 889-7400

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                GOLDBERG SEGALLA LLP

                /s/ Jeffrey A. Carlino
                Jeffrey A. Carlino (Bar Roll No.: 514019)
                Attorney for Defendants
                665 Main Street, Suite 400
                Buffalo, New York 14203
                Telephone: (716) 566-5400
                jcarlino@goldbergsegalla.com