UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WOO JEON CORPORATION

                                                                                                           08 Civ. 03850 (JES)

                       Plaintiff,

    -against-                                                  RULE 7.1 STATEMENT

COVERINGTON HOLDINGS, LLC
WEBSTER BANK and DOES 1 THROUGH 10

                     Defendants.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff (a private, non-governmental party), certifies that there are no corporate parents, and no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.


Dated:      New York, New York
               June 2, 2008


                                                                      /S/    Gilbert A. Lazarus, Esq.
                                                                           Signature of Attorney
                                                                           Attorney Bar Code {GAL-1025}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

WOO JEON CORPORATION                               :
                                                   :        08 Civ. 03850 (JES)
                              Plaintiff,           :
          -*against*-                              :
                                                   :
COVERINGTON HOLDINGS, LLC,                         :
WEBSTER BANK and DOES 1 THROUGH 10                 :
                              Defendants.          :
------------------------------------------------------------------------X

STATE OF NEW YORK         )
                          )SS.:
COUNTY OF NEW YORK        )

   I, Quon Malachi, being duly sworn, deposes and says:

   I am not a party to this action, I am over 18 years of age and I reside in Bronx County, New York.

   On June 2, 2008, I served the within RULE 7.1 STATEMENT by depositing true copies of same, enclosed in a pre-paid wrapper, into an official depository of the United States Postal Service within the State of New York and via electronic mail, addressed to the following person(s) as set forth below:

   Goldberg Segalla LLP
   Attorneys for Defendants
   665 Main Street, Ste. 400
   Buffalo, New York, 14203
   Attention: Jeffrey A. Carlino, Esq.
   Jcarlino@goldbergsegalla.com


                                                   /S/ Quon Malachi
                                                   Quon Malachi


Sworn to before me
this 2nd day of June, 2008


/S/ Notary Public
Notary Public No.: 02LA4966885 Expires May 21, 2010